UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA BAZAN,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-01224-KAW<br><br>**ORDER TO SHOW CAUSE** |

On February 25, 2018, Plaintiff Gloria Bazan filed the instant action. (Dkt. No. 1.) Defendant filed its answer and the administrative record on July 30, 2018. (Dkt. Nos. 16, 17.) Pursuant to Civil Local Rule 16-5, Plaintiff's motion for summary judgment was due within 28 days of service of Defendant's answer, *i.e.*, August 27, 2018. (*See* Dkt. No. 5 at 1.) As of the date of this order, Plaintiff has not filed her motion for summary judgment.

Accordingly, the Court ORDERS Plaintiff to show cause, by **December 11, 2018**, why this case should not be dismissed for failure to prosecute by: (1) filing the motion for summary judgment, and (2) explaining why Plaintiff failed to comply with the Court's deadlines. Failure to timely respond may result in the case being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: November 27, 2018

                                                  KANDIS A. WESTMORE
                                                  United States Magistrate Judge